1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11 JOSHUA TODD WOOLRIDGE,              ) NO. EDCV 11-2061-R (MAN)
                                       )
12              Petitioner,            )
                                       )
13      v.                             ) JUDGMENT
                                       )
14 AREF FAKHOURY, WARDEN,              )
                                       )
15              Respondent.            )
   _____)
16

17

18      Pursuant to the Court's Order Dismissing Petition As Second Or

19 Successive And Denying A Certificate Of Appealability,

20

21      IT IS ADJUDGED that the above-captioned action is dismissed,

22 without prejudice, as second or successive, pursuant to 28 U.S.C. §

23 2244(b).

24

25 DATED: January 6, 2012 .

26

27                                 _____
                                        MANUEL L. REAL
28                                 UNITED STATES DISTRICT JUDGE